UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DILLON W. THROCKMORTON, JR.,<br><br>          Defendant. | 1:03-CR-5447 REC<br><br>NEW CASE NUMBER:<br><br>1:03-CR-5447 OWW<br><br>**ORDER REASSIGNING CASE** |

   This matter is reassigned from the docket of United States District Judge Robert E. Coyle to the docket of United States District Judge Oliver W. Wanger.

IT IS SO ORDERED.

**Dated:   February 25, 2007**           /s/ Oliver W. Wanger
emm0d6                               UNITED STATES DISTRICT JUDGE

1